IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| JOHN MARK WHEELER, #18807-078 | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:15cv296 |
| | § | CRIMINAL ACTION NO. 4:12cr154(1) |
| UNITED STATES OF AMERICA | § | |

**O R D E R**

The above-entitled and numbered civil action was referred to United States Magistrate Judge Don D. Bush. The Magistrate Judge issued a Report and Recommendation, which contains proposed findings of fact and recommendations for the disposition of Movant's motion for default judgment. Movant did not file objections. After considering the Report, the court concludes that the findings and conclusions of the Magistrate Judge are correct, and adopts the same as the findings and conclusions of the Court. It is therefore

**ORDERED** that Movant's motion for default judgment (dkt #10) is **DENIED**.

**SIGNED** this the **18** day of **July, 2016.**

_____
Thad Heartfield
United States District Judge